# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:20-mj-00221 |
| | ) |
| Kevin Phomma | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 26, 2020 in the county of Multnomah in the _____ District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder - Intentionally Obstructing, Impeding, Interfering with Law Enforcement Officers Engaged in Official Duties |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Brendan Dennard

☑ Continued on the attached sheet.

/s/ Brendan Dennard
*Complainant's signature*

FBI Special Agent Brendan Dennard
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 7:25 p.m.

Date: 08/30/2020

*Judge's signature*

City and state: Portland, Oregon   Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*