FILED 24 SEP '20 16:20 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00465-JO |
| v. | INDICTMENT |
| KEVIN PHOMMA. | 18 U.S.C. § 231(a)(3) |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
(Civil Disorder)
(18 U.S.C. § 231(a)(3))

On or about August 26, 2020, in the District of Oregon, during a civil disorder, defendant **KEVIN PHOMMA**, knowingly committed a violent act for the intended purpose of obstructing, impeding and interfering with law enforcement officers who were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and that such civil disorder in any way or degree obstructed, delayed and adversely affected

commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

Dated: September 24, 2020.            A TRUE BILL.

███████████████████
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

*[signature]*

THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney

Indictment                                                                                          Page 2