SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**KELLY A. ZUSMAN, OSB #891843**
Assistant United States Attorney
Kelly.Zusman@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00465-JO |
| v. | NOTICE OF APPEARANCE |
| **KEVIN PHOMMA** | |
| **Defendant.** | |

Please be advised that Kelly A. Zusman, Assistant United States Attorney (AUSA) for the District of Oregon, should be added as counsel of record in the above-captioned case. Notices should be sent to AUSA Zusman at Kelly.Zusman@usdoj.gov

| | |
|---|---|
| Dated: March 11, 2021 | Respectfully submitted, |
| | SCOTT ERIK ASPHAUG<br>Acting United States Attorney |
| | *s/ Kelly A. Zusman*<br>KELLY A. ZUSMAN, OSB #891843<br>Assistant United States Attorney |