SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
AMY E. POTTER
Assistant United States Attorney
Amy.Potter@usdoj.gov
405 E. 8th Avenue, Suite 2400
Eugene, OR  97401
Telephone:  (541) 465-6771
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.  3:20-cr-00465-JO |
| v. | **UNITED STATES' NOTICE OF ASSOCIATION OF COUNSEL** |
| **KEVIN PHOMMA,** | |
| **Defendant.** | |

Please be advised that Assistant United States Attorney Amy E. Potter is appearing as counsel for the government in the above-captioned case.  Notices should be sent to Amy Potter at Amy.Potter@usdoj.gov.

Dated:  March 11, 2021.

        Respectfully submitted,

        SCOTT ERIK ASPHAUG
        Acting United States Attorney

        *s/ Amy E. Potter*
        AMY E. POTTER
        Assistant United States Attorney
        (541) 465-6771

**NOTICE OF ASSOCIATION OF COUNSEL**