SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00465-JO |
| v. | **MOTION TO DISMISS WITHOUT PREJUDICE** |
| **KEVIN PHOMMA,** | |
| Defendant. | |

The government moves the Court for an Order under Fed. R. Crim. P. Rule 48(a) to dismiss *without* prejudice the indictment against Defendant, in the best interests of justice.

Dated: January 26, 2022         Respectfully submitted,

                                SCOTT ERIK ASPHAUG
                                United States Attorney

                                */s/ Thomas S. Ratcliffe*
                                THOMAS S. RATCLIFFE, ILSB #6243708
                                Assistant United States Attorney